IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hadley, Helen M

Printed: 12/16/08

Case Number: 07 B 22905
Judge: Hollis, Pamela S
Filed: 12/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,470.00 |  |
| Secured: |  | 92.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,152.45 |
| Trustee Fee: |  | 225.55 |
| Other Funds: |  | 0.00 |
| Totals: | 3,470.00 | 3,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 3,152.45 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 800.00 | 92.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 10,971.88 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 32,443.01 | 0.00 |
| 9. | DeVry Institute of Technology | Unsecured | 61.99 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 123.49 | 0.00 |
| 11. | Chase Cardmember Services | Unsecured | 97.43 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 120.72 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 2.42 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 11.47 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 4.00 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 1,041.16 | 0.00 |
| 17. | ABN AMRO | Secured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | FDS National Bank | Unsecured | | No Claim Filed |
| 21. | Childrens Place | Unsecured | | No Claim Filed |
| 22. | Bank Of America | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | Keller Graduate School | Unsecured | | No Claim Filed |
| 25. | SLM Financial Corp | Unsecured | | No Claim Filed |
| 26. | Robert J Semrad & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hadley, Helen M

Printed: 12/16/08

Case Number: 07 B 22905
Judge: Hollis, Pamela S
Filed: 12/6/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Sallie Mae | Unsecured | | No Claim Filed |
| 28. | Millenium Medical | Unsecured | | No Claim Filed |
| 29. | West Suburban Medical Center | Unsecured | | No Claim Filed |
| 30. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 31. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 32. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | $ 49,031.57 | $ 3,244.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 225.55 |
| | $ 225.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

